IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN O. BOOK,

    Petitioner,

v.

BRIAN COOK, WARDEN,

    Respondent.

CASE NO. 2:10CV1081
JUDGE GRAHAM
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On February 17, 2012, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Date: March 27, 2012

JAMES L. GRAHAM
United States District Judge